Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:   (212) 292-5391
*Attorneys for Plaintiffs
Palace Skateboards Group and
GSLT Holdings Limited*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/12/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PALACE SKATEBOARDS GROUP and GSLT HOLDINGS LIMITED,<br><br>*Plaintiff*<br><br>v.<br><br>ADMZING STORE, et al.<br><br>*Defendants* | ~~[PROPOSED]~~<br>**ORDER TO UNSEAL**<br><br>**20-cv-6103 (GBD)** |
| PALACE SKATEBOARDS GROUP and GSLT HOLDINGS LIMITED,<br><br>*Plaintiff*<br><br>v.<br><br>AAABBBLUCKY, et al.<br><br>*Defendants* | **20-cv-6108 (GBD)** |

WHEREAS the Court orders that these Actions be unsealed and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this 12 day of August, 2020, at 1:30 p.m.
New York, New York

George B. Daniels
HON. GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

1