UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

PALACE SKATEBOARDS GROUP and GSLT
HOLDINGS LIMITED,

                            Plaintiff,

   -against-

ADMZING STORE, AMANS STORE, ARAB OUTLET STORE, CHENGDU E-MENG TRADING CO., LTD, DONGGUAN XINGMAI APPAREL CO., LTD, FANTAS BIKE CO., LTD, GLOBAL OUTLET STORE, GUANGZHOU JIEN APPAREL COMPANY LIMITED, GUANGZHOU MICHUANSHI DRESS CO. LTD., HANGZHOU DELIGHT MOOD APPAREL CO., LTD, JINJIANG CITY SENSU ELECTRONIC COMMERCE CO., LTD., KOREA OUTLET STORE, NAGRI'S STORE, NANCHANG YUNMIN KNITTING GARMENT CO., LTD., NINGWEN, RUSSIAN OUTLET STORE, SHANGHAI TAIKU BRAND MANAGMENET CO., LTD., SHANGHAING XIETONG (GROUP) CO., LTD., SHENZHEN FENGSHENGYUAN INDUSTRY CO., LTD, SHOP5722136 STORE, WANT XIAMEN INDUSTRIAL CO., LTD, YIWU BLUE HOME CO., LTD., YIWU HONGJUN TRADE CO., LTD., YIWU RAOXING KNITTING CO., LTD., ZHUJI HENGMAI IMP&EXP CO., LTD., and, ZHUJI HEWEI SOCKS CO., LTD.,

                            Defendants.

------------------------------------- x

ORDER

20 Civ. 6103 (GBD)

GEORGE B. DANIELS, District Judge:

      This action having been commenced by the filing of a Summons and Complaint on August 5, 2020, and a copy of the Summons and Complaint having been served on Defendants ADMZing Store, AMANS Store, Arab Outlet Store, Chengdu E-Meng Trading Co., Ltd., Dongguan Xingmai Apparel Co., Ltd., Fantas Bike Co., Ltd., Global Outlet Store, Guangzhou Jien Apparel Company Limited, Guangzhou Michuanshi Dress Co. Ltd., Hangzhou Delight Mood Apparel Co., Ltd,

Jinjiang City Sensu Electronic Commerce Co., Ltd, Korea Outlet Store, NAGRI's Store, Nanchang Yunmin Knitting Garment Co., Ltd., Ningwen, Russian Outlet Store, Shanghai Taiku Brand Managmenet Co., Ltd., Shanghai Xietong (Group) Co., Ltd., Shenzhen Fengshengyuan Industry Co., Ltd., Shop5722136 Store, Want Xiamen Industrial Co., Ltd., YiWU Blue Home Co., Ltd., Yiwu Hongjun Trade Co., Ltd., Yiwu Raoxing Knitting Co., Ltd., Zhuji Hengmai Imp&Exp Co., Ltd. and Zhuji Hewei Socks Co., Ltd. on August 7, 2020 and August 14, 2020, and proof of service having been filed on August 26, 2020 (ECF No. 16), and the aforementioned Defendants having failed to answer, appear, or otherwise move with respect to the Complaint, and the time for appearing, answering, or moving having expired, it is hereby:

ORDERED, ADJUDGED, AND DECREED that Plaintiffs Palace Skateboards Group and GSLT Holdings Limited have judgment against the aforementioned Defendants.

This matter is referred to Magistrate Judge Sarah Netburn for an inquest on damages, prejudgment interest, costs, and attorneys' fees.

The Clerk of Court is directed to close the open motion at ECF No. 36.

Dated: December 15, 2022
New York, New York

SO ORDERED.

GEORGE B. DANIELS
United States District Judge