**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 2/24/2023 __

**PALACE SKATEBOARDS GROUP, et al.,**

                                            **Plaintiffs,**

                    **-against-**

**ADMZING STORE, et al.,**

                                  **Defendants.**
----------------------------------------------------------------X
----------------------------------------------------------------X

**PALACE SKATEBOARDS GROUP, et al.,**

                                          **Plaintiff,**

                    **-against-**

**AAABBBLUCKY, et al.,**

                                  **Defendants.**
----------------------------------------------------------------X

**20-CV-06103 (GBD)(SN)**

**<u>ORDER</u>**

**20-CV-06108 (GBD)(SN)**

**SARAH NETBURN, United States Magistrate Judge:**

        On December 15, 2022, the Honorable George B. Daniels referred these cases to my docket to conduct an inquest and to report and recommend concerning Plaintiffs' damages after entering a default judgment as to liability against Defendants. ECF No. 43/37. On January 12, 2023, Plaintiffs filed their Proposed Findings of Fact and Conclusions of Law. ECF No. 49/43. On January 13, 2023, Plaintiffs filed affidavits of service indicating that Plaintiffs had served Defendants the papers in support of their Proposed Findings of Fact and Conclusions of Law one day prior. ECF No. 51/45.

Accordingly, Defendants' responses, if any, were to be filed no later than February 13, 2023. Because Defendants have made no such filings, these matters are now fully briefed.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      February 24, 2023
            New York, New York