UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

PALACE SKATEBOARDS GROUP, et al.,

                Plaintiffs,                  20-CV-06103 (GBD)(SN)

     -against-                                 ORDER

ADMZING STORE, et al.,

                Defendants.

-------------------------------------------------------------X

-------------------------------------------------------------X

PALACE SKATEBOARDS GROUP, et al.,

                Plaintiff,                  20-CV-06108 (GBD)(SN)

     -against-

AAABBBLUCKY, et al.,

                Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On December 15, 2022, the Honorable George B. Daniels referred these cases to my docket to conduct an inquest concerning Plaintiffs' damages. ECF Nos. 43/37. Upon further review, the Court has concerns that, in both cases, service of the China-based Defendants may not comply with the Hague Convention's requirements. See Smart Study Co., LTD. v. Acuteye-US, et al., 21-cv-05860 (S.D.N.Y.), ECF Nos. 94, 100, 127, 135.

      By April 17, 2024, Plaintiffs shall verify with supporting documentation: (1) how Defendants were served; (2) the language in which Defendants were served; (3) whether

Plaintiffs have addresses for any Defendants; and (4) what attempts were made to ascertain Defendants' addresses.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:   April 4, 2024
         New York, New York