UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PALACE SKATEBOARDS GROUP, et al.,

                Plaintiffs,           20 **CIVIL** 6103 (GBD)(SN)

    -against-

GLOBAL OUTLET STORE, et al..

                Defendants.
------------------------------------------------------------------X
PALACE SKATEBOARDS GROUP, et al.,

                Plaintiffs,           20 **CIVIL** 6108 (GBD)(SN)

    -against-                          **DEFAULT JUDGMENT**

AAABBBLUCKY, et al.,

                Defendants.
------------------------------------------------------------------X

      It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated July 16, 2025, Magistrate Judge Netburn's Report is ADOPTED in its entirety. Plaintiffs are awarded $75,000 per Defaulting Defendant, plus post-judgment interest pursuant to 28 U.S.C. § 1961(a).  In Case No. 20-cv-6103, where there are 16 Defaulting Defendants, the award totals $1,200,000. In Case No. 20-cv-6108, where there are 31 Defaulting Defendants, the award totals $2,325,000. A permanent injunction is issued, providing that Defendants shall not engage in any further counterfeiting or infringement of Plaintiffs' Palace Marks as detailed in the Preliminary Injunction Orders; accordingly, the cases are closed.

**Dated:**  New York, New York
          July 16, 2025

                                                **TAMMI M. HELLWIG**
                                                  **Clerk of Court**

                          **BY:**      *K. Mango*

                                                  **Deputy Clerk**