Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiffs*
*Palace Skateboards Group and*
*GSLT Holdings Limited*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PALACE SKATEBOARDS GROUP and GSLT HOLDINGS LIMITED,<br><br>*Plaintiffs*<br><br>v.<br><br>ADMZING STORE, AMANS STORE, ARAB OUTLET STORE, CHENGDU E-MENG TRADING CO., LTD., DONGGUAN XINGMAI APPAREL CO., LTD., FANTAS BIKE CO., LTD., GKSKY LUXURYBRANDCASE4 STORE, GLOBAL OUTLET STORE, GUANGZHOU JIEN APPAREL COMPANY LIMITED, GUANGZHOU LIZHIDUN TRADING CO. LTD, GUANGZHOU MICHUANSHI DRESS CO. LTD., HAINING LONGNA TEXTILE CO., LTD., HANGZHOU DELIGHT MOOD APPAREL CO., LTD, JINJIANG CITY SENSU ELECTRONIC COMMERCE CO., LTD, JOMY STORE, KOREA OUTLET STORE, KUNSHAN ANTI GIFT CO., LTD., MOBILE PHONE SHOP STORE, NAGRI'S STORE, NANCHANG YUNMIN KNITTING GARMENT CO., LTD., NINGWEN, RUSSIAN OUTLET STORE, SHANGHAI TAIKU BRAND MANAGMENET CO., LTD., SHANGHAI XIETONG (GROUP) | **CIVIL CASE NO. 20-cv-6103 (GBD) (SN)**<br><br>**ORDER FOR RETURN OF SECURITY BOND** |

CO., LTD., SHENZHEN FENGSHENGYUAN INDUSTRY CO., LTD., SHOP5722136 STORE, SHOP5854071 STORE, WANT XIAMEN INDUSTRIAL CO., LTD., YIWU BLUE HOME CO., LTD., YIWU HONGJUN TRADE CO., LTD. , YIWU RAOXING KNITTING CO., LTD., ZHEJIANG FENGYUE KNITTING CO., LTD., ZHEJIANG PEARLLIFE TECHNOLOGY CO., LTD., ZHUJI BAINA KNITTING CO., LTD., ZHUJI BAOQING KNITTING & TEXTILES CO., LTD., ZHUJI HENGMAI IMP&EXP CO., LTD., ZHUJI HEWEI SOCKS CO., LTD., ZHUJI HONGEN WEBBING FACTORY, ZHUJI XINGXIN SOCKS CO., LTD. and ZHUJI ZHONGQI IMPORT AND EXPORT CO., LTD.,

*Defendants*

The Court, having entered a final default judgment and permanent injunction and having directed the Clerk of Court to close this case, the Court hereby GRANTS Plaintiffs' request for the return of the Five Thousand U.S. Dollar ($5,000.00) security bond in this action.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1) The Court releases the Five Thousand U.S. Dollar ($5,000.00) security bond that Plaintiffs submitted in connection with this action to counsel for Plaintiffs, Epstein Drangel, LLP, 6 East 45th Street, 7th Floor, New York, NY.

**SO ORDERED.**

SIGNED this 18 day of March , 2026, at _____ __.m.

_____
HON. GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE